June LOCKLEAR, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7153.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

ON MOTION

NEWMAN, Circuit Judge.

*ORDER*

Upon consideration of June Locklear's unopposed motion for reconsideration of this court's December 13, 2000 order dismissing his appeal for failure to file a brief,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the December 13 order is vacated, and the appeal is reinstated.

(2) Locklear's brief is accepted for filing.* The Secretary of Veterans Affairs

---

* Locklear failed to attach to his brief a copy of the opinion of the Court of Appeals for Veterans Claims. *See* Fed. Cir. R. 28(a)(12). The

should compute the due date for his brief from the date of filing of this order.

---

Secretary is requested to include the opinion when he responds to Locklear's brief.